■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JULIUS LAND, Appellant. [803 NYS2d 486]—Appeal from a judgment of the Erie County Court (Timothy J. Drury, J.), rendered May 14, 2003. The judgment convicted defendant, upon his plea of guilty, of attempted criminal possession of a controlled substance in the third degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Kehoe, J.P., Martoche, Pine, Lawton and Hayes, JJ.